IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY DUTTON, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF, | : | |
| PENNSYLVANIA, et al., | : | No. 11-7285 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **23rd** day of **July, 2012**, upon consideration of Defendants' Motion to Dismiss Complaint, Plaintiff's response thereto, and for the reasons stated in the Court's Memorandum dated July 23, 2012, it is hereby **ORDERED** that:

1. Defendants' motion (Document No. 4) is **GRANTED**.

2. Plaintiff's Motion to Have Defendants' Motion to Dismiss Complaint Denied (Document No. 5) is **DENIED**.

3. The claims against all Defendants are **DISMISSED with prejudice**.

4. The Clerk of Court is directed to close this case.

                                                                                    BY THE COURT:

                                                                                    **Berle M. Schiller, J.**